FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

NOV 09 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | SEALED |
| v. § | NO. 4:11CR196 |
| § | (Judge Schell) |
| GUILLERMINA M. VALDEZ (1) § | |
| a.k.a. "Teresita," "Guille," "Rosa," "Lucila," § | |
| "Grenas," "Amanda," "Madrina," § | |
| NARCISO VALDEZ (2) § | |
| a.k.a. "Ramon Torres Morales," § | |
| "Ramon Torres," "Chicho," § | |
| ABRAHAM GERARDO VALDEZ VASQUEZ (3) § | |
| a.k.a. "Perkis," § | |
| VICTOR MANUEL HERNANDEZ § | |
| CASTANEDA (4) § | |
| a.k.a. "Angel," "Manuel Hernandez Saens," § | |
| CARLA YESENIA BORJAS RAMOS (5) § | |
| RICARDO VALDEZ (6) a.k.a. "Richie" § | |
| CLAUDIA ROCIO ORTIZ (7) § | |
| SILVANO S. GALLEGOS (8) a.k.a. "Cochito," § | |
| URIEL RAYO NAVARRO (9) a.k.a. "Balter Noriega,"§ | |
| JOSE OROZCO CALDERON (10) § | |
| ANTONIO JAIMES (11) § | |
| CESAR RAYO-CERVANTES (12) § | |
| a.k.a. "Oscar Garcia Rayo," § | |
| FLAVIO LOPEZ IBARRA (13) § | |
| GENARO MARTINEZ (14) § | |
| MARIA ESTHER CASTANEDA (15) § | |
| SANTOS FLORES CASAS (16) a.k.a. "Angel," § | |
| FRANCISCO CALDERON HERNANDEZ (17) § | |
| a.k.a. "Paco," "Pelon," § | |
| JAVIER RODRIGUEZ (18) a.k.a. "Javi," § | |
| SERGIO FLORES (19) a.k.a. Marcelo Flores, "Gordo,"§ | |
| ADRIANA VASQUEZ (20) § | |
| a.k.a. Adriana Vazquez § | |
| CHRISTOPHER SHAWN GUERRA (21) § | |
| a.k.a. "Slim" § | |
| NOE GONZALEZ (22) § | |

1

| | |
|---|---|
| GABRIEL ORTIZ (23) a.k.a. "Viejo," | § |
| ANTONIO SALINAS-GALERA (24) a.k.a. "Flaco," | § |
| RAFAEL VILLALOBOS RODRIGUEZ (25) | § |
| a.k.a. "Rafa," | § |
| MELVIN ANTONIO BENITEZ (26) a.k.a. "Loco," | § |
| "Raul Molina," "Carlos Martinez," | § |
| LAURA ESTHELA MARTINEZ (27) | § |
| CLARISSA GIOVANNA BERAIN (28) | § |
| JOSE ALFREDO VEGA (29) | § |
| KEVIN JOE TAPIA (30) | § |
| ALBERTO MORALES HERNANDEZ (31) | § |
| a.k.a. "Guero" "El Guero," | § |
| EDGAR ELOY SORIA (32) | § |
| a.k.a. "Cabezas," | § |
| OSCAR GARZA (33) | § |
| CARLOS FELIPE MARTINEZ (34) a.k.a. "C-Los," | § |
| BRENT MICHAEL ESQUIVEL (35) | § |
| ROSEMARIE FLORES (36) | § |
| a.k.a. Rosemarie Flores Brioso, "Ericka" | § |
| HERBERTO FLORES (37) | § |
| a.k.a. Juan Luis Castillo-Galvan | § |

## SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Manufacture or Distribute or Possess with Intent to Manufacture or Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana or 3,4 Methylenedioxymethamphetamine ("Ecstasy"))

Beginning sometime in 2010, the exact date unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Indictment, in the

Eastern District of Texas and elsewhere, GUILLERMINA M. VALDEZ a.k.a. "Teresita," "Guille," "Rosa," "Lucila," "Grenas," "Amanda," "Madrina," NARCISO VALDEZ a.k.a."Ramon Torres Morales," "Ramon Torres," "Chicho,"ABRAHAM GERARDO VALDEZ VASQUEZ a.k.a. "Perkis," VICTOR MANUEL HERNANDEZ CASTANEDA a.k.a. "Angel," "Manuel Hernandez Saens," CARLA YESENIA BORJAS RAMOS, RICARDO VALDEZ a.k.a. "Richie," CLAUDIA ROCIO ORTIZ, SILVANO S. GALLEGOS a.k.a. "Cochito," URIEL RAYO NAVARRO a.k.a. "Balter Noriega," JOSE OROZCO CALDERON, ANTONIO JAIMES CESAR RAYO-CERVANTES, a.k.a. "Oscar Garcia Rayo,"FLAVIO LOPEZ IBARRA, GENARO MARTINEZ, MARIA ESTHER CASTANEDA, SANTOS FLORES CASAS a.k.a. "Angel," FRANCISCO CALDERON HERNANDEZ a.k.a. "Paco," "Pelon," JAVIER RODRIGUEZ a.k.a. "Javi," SERGIO FLORES a.k.a. Marcelo Flores, "Gordo," ADRIANA VASQUEZ a.k.a. "Adriana Vazquez," CHRISTOPHER SHAWN GUERRA a.k.a. "Slim," NOE GONZALEZ, GABRIEL ORTIZ a.k.a. "Viejo,"ANTONIO SALINAS-GALERA a.k.a. "Flaco," RAFAEL VILLALOBOS RODRIGUEZ a.k.a. "Rafa," MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina," "Carlos Martinez," LAURA ESTHELA MARTINEZ, CLARISSA GIOVANNA BERAIN, JOSE ALFREDO VEGA, KEVIN JOE TAPIA, ALBERTO MORALES HERNANDEZ, a.k.a. "Guero" "El Guero," EDGAR ELOY SORIA a.k.a. "Cabezas," OSCAR GARZA, CARLOS FELIPE MARTINEZ a.k.a. "C-Los," BRENT MICHAEL ESQUIVEL, ROSEMARIE FLORES a.k.a. Rosemarie Flores Brioso, "Ericka, " and HUMBERTO FLORES, a.k.a. Juan Luis Castillo-

Galvan, defendants, did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to manufacture or distribute or possess with intent to manufacture or distribute a controlled substance or controlled substances, to wit: 100 grams or more of a mixture or substance containing heroin; 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine; 280 grams or more of a mixture or substance containing cocaine base ("crack"); 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine; less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana; 3,4 Methylenedioxymethamphetamine ("Ecstasy") all in violation of 21 U.S.C. § 841(a)(1).  All in violation of 21 U.S.C. § 846.

### Count Two

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 5, 2010, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina,""Carlos Martinez,"** and **LAURA ESTHELA MARTINEZ,** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and

3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, an FNP 9mm pistol, model FNP-9, S/N 61BMP12067.

In violation of 18 U.S.C. § 924 (c)(1)(A).

### Count Three

> Violation: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 7, 2010, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina," "Carlos Martinez,"** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, a Smith and Wesson 38 caliber revolver, model 60, S/N BFD5523.

In violation of 18 U.S.C. § 924 (c)(1)(A).

## Count Four

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 22, 2010, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina,""Carlos Martinez,"** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, a Highpoint (Iberia) 40 caliber pistol, model JCP, S/N X742015.

In violation of 18 U.S.C. § 924 (c)(1)(A).

## Count Five

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 11, 2010, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina,""Carlos**

Martinez," during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, an Essex 45 caliber pistol, S/N12722.

In violation of 18 U.S.C. § 924 (c)(1)(A).

### Count Six

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 4, 2011, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina,""Carlos Martinez,"** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this

Indictment, did knowingly use or carry or possess a firearm, that is, a Romar/Cugir 7.62 caliber rifle, S/N 18835388RO.

In violation of 18 U.S.C. § 924 (c)(1)(A).

### Count Seven

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 17, 2011, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina,""Carlos Martinez,"** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, a GSG 22 caliber rifle, model GSG-5, S/N A334819.

In violation of 18 U.S.C. § 924 (c)(1)(A).

## Count Eight

<u>Violation</u>: 18 U.S.C. § 924(c)(1) (Using or Carrying Firearm During a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 8, 2011, within the Northern District of Texas, defendant **MELVIN ANTONIO BENITEZ a.k.a. "Loco," "Raul Molina," "Carlos Martinez,"** during or in relation to or in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a), or Conspiracy to Manufacture, Distribute, or Possess with the Intent to Distribute Heroin, Cocaine, Cocaine Base ("Crack"), Methamphetamine, Marijuana and 3,4 Methylenedioxymethamphetamine ("Ecstasy"), as alleged in Count One of this Indictment, did knowingly use or carry or possess a firearm, that is, a Ruger 9mm pistol, model P85, S/N 303-64750.

In violation of 18 U.S.C. § 924 (c)(1)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

<u>Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d), 18 U.S.C. § 982, 21 U.S.C. § 853, and 28 U.S.C. § 2461</u>

As the result of committing one or more of the foregoing offenses alleged in this Indictment, Defendants herein shall forfeit to the United States all property, real and personal, involved in the aforementioned offenses or traceable to such property; all property, real and personal, which constitutes proceeds of the aforementioned offenses or were used or intended to

be used to commit or facilitate the said controlled substance violation. The property includes, but is not limited to, the following:

## REAL PROPERTY

### Real Property Belonging to Defendant Teresita Guillermina Valdez

All that lot or parcel of land, together with its buildings, improvements, fixtures, attachments and easements located at 13323 Challaburton, Dallas, Texas 75234.

## CURRENCY

$1,750.00 U.S. Currency seized from Uriel Rayo Navarro (seized from a 2010 Chevrolet Impala and a 2003 Dodge Neon)

$6,585.00 U.S. Currency seized from Uriel Rayo Navarro

$487.45 U.S. Currency seized from Narciso Valdez

## VEHICLES

2001 Ford Truck, Texas license number 42PSJ9, Vehicle Identification Number (VIN) 1FMZU67E31UC39578, registered to Oscar Garza, Jr., 2210 Marsh Lane, Apt. 307, Carrollton, TX, 75006.

2002 GMC Envoy, Texas license number 018CCS, VIN 1GKES16S126132137, registered to Nereida Sanchez, 4500 March Street, Dallas, TX 75209

1986 Chevrolet Monte Carlo, Texas license number VGC905, VIN 1G1GZ37G5GR190806, registered to Jonathon Gutierrez, 214 Davis, Gainsville, TX 76240

2008 Ford Escape, Texas license number BP7J321, VIN 1FMCU03Z08KE45961, registered to Clarissa Berain, 9944 Walnut Street, Apt., 2132, Dallas, TX 75243

2004 Chevrolet pickup, Texas license AW48168, VIN 2GCEC19V241147951, registered to Osman Castillo, 1914 Rock Island, #141, Irving, TX 75061

1999 Cadillac 4-door, Texas license number GTN045, VIN 1G6KF5493XU709668, registered to Dagoberto Pecina, 129 Lorene Drive, Red Oak, TX 75154

2005 Ford F150, Texas license number 78KKV8, VIN 1FTPW12585KD36969, registered to Jose A. Esquivel, 1718 Robinson Street, Irving, TX 75060

2003 Chevrolet Tahoe, Texas license number BG1B049, VIN 1GNEC13Z33R127121, registered to Javier Marmolejo, 13323 Challaburton Drive, Farmers Branch, TX 75234

2002 Chevrolet Van, Texas license number 74TZZ7, VIN 1GCFG15W221224327, registered to Ulises Aguilar, 3217 Dagan Drive, Plano, TX 75023

2004 Chevrolet PT Cruiser, Texas license number TLP273, VIN 3C4FY48B74T218526, registered to Maria Guadalupe Valdez, 10106 W. Technology Blvd., Dallas, TX 75220

2005 Chevrolet Silverado, Texas license number 67PPM9, VIN 2GCEC13T551163439, registered to Erasmo Gonzalez, 13323, Challaburton Drive, Farmers Branch, TX 75234

2005 Nissan Maxima, Texas license number BH3K498, VIN 1N4BA41E35C867461, registered to Carla Borjas, 3780 High Vista Drive #8024, Dallas, TX 75244

2007 Chevrolet Tahoe, Texas license number 39DXT6, VIN 1GNFC13017R283721, registered to Catarino Torres, 4118 Kernak Street, Dallas, TX 75211

1996 GMC pickup, Texas license number 80SYR2, VIN 2GTEC19RT1510716, registered to Guadalupe Santoyo, 14500 Marsh Lane, #246, Addison, TX 75001

1999 Nissan Altima, Texas license number BT6K632, VIN 1N4DL01D9XC264441, registered to Miguel Hernandez, 2631 Webb Chapel #149, Dallas, TX 75220

2002 Lincoln Towncar, Texas license number BX9V247, VIN 1LNHM82W62Y650975, registered to Laura E. Martinez, 4030 Valley View Lane, #220, Farmers Branch, TX 75244

2005 BMW, Texas license number 117BST, VIN WBAEV53465KM40915, registered to Yesenia M. Serrano, 1054 Hayworth Avenue, Duncanville, TX 75137

2004 Nissan Armada, Texas license number CC5N230, VIN 5N1AA08A44N709646, registered to Erasmo Gonzales, 3514 Parnell Street, Dallas, TX 75215

2006 Chrysler 300, Texas license number CL7W179, VIN 2C3LA53G76H258170, registered to Ramon Torres, 5030 Overcrest Drive, Garland, TX 75043

2001 Chevrolet Tahoe, Texas license number AR07007, VIN 1GNEC13T11R163687, registered to MA Ester Castaneda, 2631 Webb Chapel, Apt. 149, Dallas, TX 75220

2002 Chevrolet pickup, Texas license number AR25346, VIN 3GNEC13T92G269614, registered to Melvin Benitez, 9710 Brockbank, Dallas, TX 75220

2007 Cadillac CTS, Texas License CS7X103, VIN 1G6DP577370153773 registered to Filiberto Guerrero, 3510 Gaspar Drive, Dallas, Texas 75220

2005 Dodge Durango, Texas License CG6J957, VIN 1D4HD48N45F539002 registered to Ramon Torres Morales, 3434 Nogales Drive, apartment number 205, Dallas, Texas

## FIREARMS AND AMMUNITION

FNP 9mm pistol, model FNP-9, S/N 61BMP12067

30 rounds of 9mm

20 rounds of 7.62 caliber ammunition

Essex 45 caliber pistol, S/N 12722

9 rounds of 45 caliber ammunition

Romar/Cugir 7.62 caliber rifle, S/N 18835388RO

76 rounds of 7.62 caliber ammunition

Ruger 9mm pistol, model P85, S/N 303-64750

13 rounds of 9mm ammunition

23 rounds of 12 gauge ammunition

Smith and Wesson 38 caliber revolver, model 60, S/N BFD5523

HiPoint (Iberia) 40 caliber pistol, model JCP, S/N X742015

HiPoint 9mm rifle, model 995, S/N B11671

GSG 22 caliber rifle, model GSG-5, S/N A334819

Colt 40 caliber pistol, Government model, S/N CV28418

    Eleven rounds of assorted 40 caliber ammunition

    Forty-four rounds of Winchester-Western 40 caliber ammunition

    Freedom Arms 22 caliber revolver, Model Casull, S/N B09828

    Keltec 9mm pistol, Model P11, S/N 27144

    Fabrique Nationale (FN) 9mm pistol S/N 7488

    Eighty-nine rounds of Winchester-Western 9mm ammunition

    Glock 40 caliber pistol, Model 27, S/N DVN014US

    Nine rounds of Winchester-Western 40 caliber ammunition

**SUBSTITUTE ASSETS**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offenses charged in this Indictment by the defendants, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN M. BALES
United States Attorney

_____    11/7/11
Heather H. Rattan                  _____
Assistant United States Attorney   Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | SEALED NO. 4:11CR196 (Judge Schell) |
| v. | | |
| GUILLERMINA M. VALDEZ (1) a.k.a. "Teresita," "Guille," "Rosa," "Lucila," "Grenas," "Amanda," "Madrina," NARCISO VALDEZ (2) a.k.a. "Ramon Torres Morales," "Ramon Torres," "Chicho," ABRAHAM GERARDO VALDEZ VASQUEZ (3) a.k.a. "Perkis," VICTOR MANUEL HERNANDEZ CASTANEDA (4) a.k.a. "Angel," "Manuel Hernandez Saens," CARLA YESENIA BORJAS RAMOS (5) RICARDO VALDEZ (6) a.k.a. "Richie" CLAUDIA ROCIO ORTIZ (7) SILVANO S. GALLEGOS (8) a.k.a. "Cochito," URIEL RAYO NAVARRO (9) a.k.a. "Balter Noriega," JOSE OROZCO CALDERON (10) ANTONIO JAIMES (11) CESAR RAYO-CERVANTES (12) a.k.a. "Oscar Garcia Rayo," FLAVIO LOPEZ IBARRA (13) GENARO MARTINEZ (14) MARIA ESTHER CASTANEDA (15) SANTOS FLORES CASAS (16) a.k.a. "Angel," FRANCISCO CALDERON HERNANDEZ (17) a.k.a. "Paco," "Pelon," JAVIER RODRIGUEZ (18) a.k.a. "Javi," SERGIO FLORES (19) a.k.a. Marcelo Flores, "Gordo," ADRIANA VASQUEZ (20) a.k.a. Adriana Vazquez CHRISTOPHER SHAWN GUERRA (21) a.k.a. "Slim" | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| NOE GONZALEZ (22) | § |
| GABRIEL ORTIZ (23) a.k.a. "Viejo," | § |
| ANTONIO SALINAS-GALERA (24) a.k.a. "Flaco," | § |
| RAFAEL VILLALOBOS RODRIGUEZ (25) | § |
| a.k.a. "Rafa," | § |
| MELVIN ANTONIO BENITEZ (26) a.k.a. "Loco," | § |
| "Raul Molina," "Carlos Martinez," | § |
| LAURA ESTHELA MARTINEZ (27) | § |
| CLARISSA GIOVANNA BERAIN (28) | § |
| JOSE ALFREDO VEGA (29) | § |
| KEVIN JOE TAPIA (30) | § |
| ALBERTO MORALES HERNANDEZ (31) | § |
| a.k.a. "Guero" "El Guero," | § |
| EDGAR ELOY SORIA (32) | § |
| a.k.a. "Cabezas," | § |
| OSCAR GARZA (33) | § |
| CARLOS FELIPE MARTINEZ (34) a.k.a. "C-Los," | § |
| BRENT MICHAEL ESQUIVEL (35) | § |
| ROSEMARIE FLORES (36) | § |
| a.k.a. Rosemarie Flores Brioso, "Ericka" | § |
| HERBERTO FLORES (37) | § |
| a.k.a. Juan Luis Castillo-Galvan | § |

## NOTICE OF PENALTY

### Count One

Violation:   21 U.S.C. § 846

For 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine or 280 grams or more of a mixture or substance containing cocaine base ("crack"):

      Penalty:   Imprisonment for not less than ten (10) years or more than life, a fine not to exceed $10,000,000.00 or both. A term of supervised release of at least five (5) years;

For 100 grams or more of a mixture or substance containing heroin or 50 grams or more

16

of a mixture or substance containing a detectable amount of methamphetamine:

    Penalty: Imprisonment for not less than five (5) years or more than forty (40), a fine not to exceed $5,000,000.00 or both. A term of supervised release of at least four (4) years;

For 3,4 Methylenedioxymethamphetamine ("Ecstasy"):

    Penalty: Imprisonment for not more than twenty (20) years, a fine not to exceed $1,000,000.00 or both. A term of supervised release of at least three (3) years;

For less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana:

    Penalty: Imprisonment for not more than five (5) years, a fine not to exceed $250,000.00 or both. A term of supervised release of not more than three (3) years;

    Special Assessment: $100.00

## Counts Two- Eight

    Violation: 18 U.S.C. § 924(C)(1)

    Penalty: Imprisonment for not less than five (5) years consecutive to any other term of imprisonment. Fine of not more than $250,000.00. Supervised release of not more than three (3) years.

    Upon a second or subsequent conviction under 18 U.S.C. § 924(C)(1), not less than twenty five (25) years consecutive to any other terms of imprisonment. Fine of not more than $250,000.00. Supervised release of not more than three (3) years.

    Special Assessment: $100.00